ALLONGO, DEMANDANTE Y APELANTE, *v.* BELAVAL, DEMANDADO
Y APELADO.

APELACIÓN procedente de la Corte de Distrito de Ponce.

No. 1011.—Resuelto en noviembre 13, 1913.

DESESTIMACIÓN DE APELACIÓN—TRANSCRIPCIÓN DE AUTOS—FALTA DE COPIA DE LA
SENTENCIA.—Cuando en la transcripción de autos de una apelación contra una
sentencia se omite insertar copia de la sentencia apelada, debe desestimarse
el recurso por falta de jurisdicción de esta corte para conocer del mismo.

Los hechos están expresados en la opinión.
Abogado del apelante: Sr. *Francisco Jiménez.*
Abogados del apelado: Sres. *Horacio S. Belaval* y *José
A. Poventud.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tri-
bunal.

En la Corte de Distrito de Ponce se archivó una demanda
por *Manuel Allongo Muñiz* v. *José Sastraño Belaval,* en su
carácter de Registrador de la Propiedad que fué de Ponce,
en reclamación de daños y perjuicios. El demandado excep-
cionó la demanda y la corte sostuvo la excepción por resolu-
ción de 22 de julio de 1913. No conforme el demandante
"con la sentencia dictada," apeló para ante este Tribunal
Supremo.

Elevada la transcripción del récord y señalado el día 12
de noviembre de 1913 para la celebración de la vista, compa-
reció la parte apelada y solicitó la desestimación del recurso
por no figurar en la transcripción copia de la sentencia ape-
lada.

Hemos examinado cuidadosamente la expresada transcrip-
ción y en ella sólo aparece la resolución de la corte declarando
con lugar las excepciones y ordenando el registro de una sen-
tencia desestimando la demanda, con las costas al demandante.
La copia de la sentencia debidamente registrada, si es que se
registró en efecto, no aparece de los autos transcritos y en tal

virtud, de acuerdo con la ley y la jurisprudencia, debe desestimarse el recurso de apelación interpuesto contra una sentencia cuya existencia no aparece comprobada.    Artículos 299, enmendado por la ley número 70 de 1911, 233 y 303 del Código de Enjuiciamiento Civil, y casos de *Jiménez* v. *Olmedo*, 13 D. P. R., 306, 308; *Hernández* v. *Hernández et al.*, decidido en noviembre 6, 1913, (pág. 1041), y *López* v. *López*, resuelto en la misma fecha, (pág. 1043).

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf y Aldrey.

El Juez Asociado Sr. MacLeary no tomó parte en la resolución de este caso.